TORRES, APPELLANT, *v.* REGISTRAR OF SAN GERMÁN, RESPONDENT.

APPEAL from a Decision of the Registrar of Property Recording a Deed with Curable Defect.

No. 293.—Decided November 21, 1916.

MERCANTILE FIRM—RECORD OF TITLE—CURABLE DEFECT.—It is not a curable defect in this case that the appellant failed to show that he is the sole representative of the vendee firm, when while the said firm is doing business under his name alone and he states that he is the only owner, there is nothing in the instrument presented for record to show that it is a mercantile firm.

The facts are stated in the opinion.

*Mr. Benito Forés* for the appellant.

The registrar appeared *pro se.*

MR. JUSTICE ALDREY delivered the opinion of the court.

According to the instrument which originated this appeal, Ramón Antonio Torres y Vélez, as the sole owner and representative of the mercantile firm of R. A. Torres, which he conducts under his own name, purchased a certain property and his title was recorded in the Registry of Property of San Germán with the curable defect that "Ramón A. Torres y Vélez had not shown that he was the sole repre-

sentative of the vendee firm of R. A. Torres.'' He took this appeal and prays for judgment to the effect that such a defect does not exist in order that it may disappear from the record.

There is nothing in the instrument in question to show that the appellant's mercantile business, which is operated under his name only, is a mercantile partnership. Its name is that of an individual and not of a company, for it does not fulfil the conditions which the Code of Commerce prescribes for mercantile partnerships; and as it appears that the appellant is the sole owner, there is no doubt that he is also its sole representative, and therefore he is not required to show that fact in the registry.

.The decision appealed from should be reversed as to the curable defect noted therein.

*Reversed.*

. Chief Justice Hernández and Justices Wolf, del Toro and Hutchison concurred.